# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER CHRUBY, | |
| Plaintiff, | CIVIL ACTION NO. 3:17-cv-01631 |
| v. | (MANNION, J.)<br>(SAPORITO, M.J.) |
| KIRK BEARJAR, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 24th day of August, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The DOC Defendants' Motion to Transfer (Doc. 15) is **DENIED**; and

2. The DOC Defendants' Motion to Sever (Doc. 17) is **DENIED**.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge