**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WALTER CHRUBY | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:17-1631 |
| v. | : | (MANNION, D.J.) |
| | | (SAPORITO, M.J.) |
| KIRK BEARJAR, et al., | : | |
| Defendants. | : | |

# O R D E R

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Judge Saporito's report **(Doc. 43)** is **ADOPTED**.

**(2)** DOC Defendants' motion to dismiss, **(Doc. 19)**, is **GRANTED in part** and **DENIED in part**;

**(3)** DOC Defendants' motion to dismiss **(Doc. 19)** with respect to Count I of plaintiff's complaint, is **GRANTED in part** and **DISMISSED** with prejudice, as it applies to plaintiff's retaliation claim against defendant Bearjar with respect to plaintiff's prison transfer and **DENIED in part**, as it applies to plaintiff's retaliation claim against defendant Bearjar with respect to placement of a sick prisoner in plaintiff's cell;

**(3)** DOC Defendants' motion to dismiss **(Doc. 19)** with respect to Count II of plaintiff's complaint, is **GRANTED in part** and

**DISMISSED** with prejudice, as it applies to defendants Kowalewski, Schrock, Luter, Wood, and Feather and plaintiff's cell occupancy status prior to August 1, 2016 **and DENIED in part**, as it applies to defendants Kowalewski, Schrock, Luter, Wood, and Feather and plaintiff's cell occupancy status on or after August 1, 2016;

**(4)** DOC Defendants' motion to dismiss **(Doc. 19)** with respect to all other claims against DOC Defendants is **DENIED**;

**(5)** Medical Defendants' motion to dismiss **(Doc. 21)**, is **GRANTED in part** and **DENIED in part**;

**(6)** Medical Defendants' motion to dismiss **(Doc. 21)**, with respect to Count III of plaintiff's complaint is **GRANTED** and **DISMISSED** with prejudice**;**

**(7)** Medical Defendants' motion to dismiss **(Doc. 21)**, with respect to all other claims against Medical Defendants is **DENIED;**

**(8)** This matter is **REMANDED** to Magistrate Judge Joseph F. Saporito, Jr. for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 19, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1631-01-ORDER.wpd