**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WALTER CHRUBY | : | |
| Plaintiff | : | CIVIL ACTION NO. 17-1631 |
| v. | : | **(MANNION, D.J.)** |
| | | **(SAPORITO, M.J.)** |
| KIRK BEARJAR, et al. | : | |
| Defendants | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

**(1)** Plaintiff's motion for a preliminary injunction (Doc. 30). Is **DENIED**.

**(2)** This case is **REMANDED** to Magistrate Judge Joseph F. Saporito, Jr. for further proceedings.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 13, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1631-02-Order.docx