UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALTER CHRUBY,** : | |
| : | |
| Plaintiff : | ACTION NO. 3:17-CV-1631 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| **KIRK BEARJAR, et al.,** : | |
| : | |
| **Defendants** : | |
| : | |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) The report and recommendation of Magistrate Judge Bloom, **(Doc. 129)**, is **ADOPTED IN ITS ENTIRETY**.

(2) Plaintiff's objections, **(Doc. 130)**, to the report and recommendation are **OVERRULED**.

(3) Defendants' motion for summary judgment, **(Doc. 119)**, is **GRANTED**.

**(4)** The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 5, 2024**
17-1631-03-ORDER